IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-CV-60370-XXXX

ASHRAF & FATMA AMDANI,

    Plaintiffs,

vs.

AIG PROPERTY CASUALTY COMPANY,

    Defendant.    /

### JOINT NOTICE OF SETTLEMENT

COME NOW, Defendant's, AIG PROPERTY CASUALTY COMPANY, and Plaintiffs', ASHRAF AMDANI and FATMA AMDANI, by and through their undersigned counsel hereby files this Joint Notice of Settlement and advises the Court that the Parties to the above-captioned matter reached a settlement in this matter resolving the case in its entirety. The Parties are presently in the process of finalizing and exchanging the settlement documents. Thereafter, a Stipulation for Dismissal with Prejudice along with a proposed Final Order of Dismissal with Prejudice will be filed with the Court. All pending motions are moot.

Dated: June 26, 2025

Respectfully submitted,

| | |
|---|---|
| By: */s/ Joe De Prado* | By: */s/ Crystalin Medeiros* |
| Joe De Prado, Esquire | Crystalin C. Medeiros, Esq. |
| Florida Bar. No. 127312 | Florida Bar No.: 56342 |
| De Prado\| De la Osa | The Teebagy & Medeiros Law Group, PLLC |
| 2645 SW 37th Avenue, Suite 704 | P.O. Box 221647 |
| Miami, Florida 33133 | West Palm Beach, FL 33422 |
| Telephone: (786) 977-5802 | Telephone: (561) 229-0280 |
| Service Email: eservice@ddlawyers.com | Facsimile: (561) 229-0281 |
| **Counsel for Plaintiffs** | Service Email: eservice@thetmlaw.com |
| | **Counsel for Defendant** |

*[Certificate of Service on the Following Page]*

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on the 26th day of June 2025, a copy of the foregoing was electronically served by way of email to counsel of record on the Service List below.

> **THE TEEBAGY & MEDEIROS**
> **LAW GROUP, PLLC**
> Attorneys for Defendant
> P.O. Box 221647
> West Palm Beach, FL 33422
> Telephone: (561) 229-0280
> Facsimile: (561) 229-0281
> Primary Email: eservice@thetmlaw.com
>
> By:    */s/ Crystalin C. Medeiros*
> Crystalin C. Medeiros, Esquire
> Non-Service Email: cmedeiros@thetmlaw.com
> Florida Bar No.: 56342

## **SERVICE LIST**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ASHRAF & FATMA AMDANI V.  AIG PROPERTY CASUALTY COMPANY

CASE NO.: 0:25-CV-60370-XXXX

Joe De Prado, Esquire
Florida Bar No. 127312
Edward De La Osa, Esquire
Florida Bar. No. 1010022
De Prado| De la Osa
2645 SW 37th Avenue, Suite 704
Miami, Florida 33133
Phone (786) 977-5802
E-Service Email: eservice@ddlawyers.com
*Counsel for Plaintiffs*